1  Jae H. Han
   McKENZIE ROTHWELL BARLOW
2     & KORPI, P.S.
   500 Union Street, Suite 700
3  Seattle, WA 98101
   (206) 224-9900
4  Attorneys for Plaintiffs

5

6

7             UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
8                      AT TACOMA

9  BOARD OF TRUSTEES OF THE
   NORTHWEST PLUMBING AND
10 PIPEFITTING INDUSTRY HEALTH
   WELFARE AND VACATION TRUST,
11 et al.,
12                Plaintiffs,        NO.  C07-5408 KLS RBL
13     v.                            **ORDER OF DEFAULT**
14 LENT MECHANICAL, LLC, et al.,
15
                  Defendants.
16
17     IN ACCORDANCE to plaintiffs' motion, the Court having considered the pleadings
18 on file, the Declaration of plaintiffs' counsel, and being otherwise generally advised;
19     The Court finds that the defendants, Lent Mechanical, LLC and R.B. & G
20 Construction, LLC were served with copies of the Summons and Complaint on August 18,
21 2007 and August 27, 2007 respectively, and have not appeared nor filed responsive pleadings
22 nor applied to this Court for any Order, and, therefore, it is
23
24
25

ORDER OF DEFAULT - 1

3500 036 ij110605 10/11/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

1  ORDERED that the defendants, Lent Mechanical, LLC and R.B. & G Construction,
2  LLC, be, and hereby are, in default.
3  DATED at ~~Seattle~~ Tacoma, Washington, this 12th day of Oct, 2007.

4
5
6
7  _____
   U.S. DISTRICT COURT CLERK
   Deputy Clerk
8
9
10  Presented by:
11
12  /s/ Jae H. Han
    _____
13  Jae H. Han, WSBA #36341
    MCKENZIE ROTHWELL BARLOW
14    & KORPI, P.S.
    Attorneys for Plaintiffs
15
16
17
18
19
20
21
22
23
24
25

ORDER OF DEFAULT – 2

3500 036 ij110605 10/11/07