Jae H. Han
McKENZIE ROTHWELL BARLOW
  & KORPI, P.S.
500 Union Street, Suite 700
Seattle, WA  98101
(206) 224-9900
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST PLUMBING AND PIPEFITTING INDUSTRY HEALTH WELFARE AND VACATION TRUST, et al., (hereafter referred to as the "Trust Funds"),<br><br>             Plaintiffs,<br><br>   v.<br><br>LENT MECHANICAL, LLC, et al.,<br><br>             Defendants. | NO.  C07-5408 RBL<br><br>**MOTION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IN ACCORDANCE WITH Rule 41 of the Federal Rules of Civil Procedure, plaintiffs move the Court for an Order voluntarily dismissing this action with prejudice and without costs to any party.

Dated:  2/1/08

/s/ Jae H. Han
Jae H. Han, WSBA# 36341
McKENZIE ROTHWELL BARLOW
  & KORPI, P.S.
Attorneys for Plaintiff Trusts

<u>ORDER</u>

IN ACCORDANCE to plaintiffs' motion, it is hereby

ORDERED that this action be dismissed with prejudice and without costs to any

party.

.

DATED this 8th day of February, 2008.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Presented by:

*/s/ Jae H. Han*
Jae H. Han, WSBA #36341
MCKENZIE ROTHWELL BARLOW
   & KORPI, P.S.
Attorneys for Plaintiff Trusts


M/O FOR VOLUNTARY DISMISSAL - 2